**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BAKERSFIELD DIVISION**

| | |
|---|---|
| TAMRA LAWRENCE, ) | **Case No.: 1:14-CV-01692---SAB** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JP MORGAN CHASE BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

### ORDER TO CONTINUE SCHEDULING CONFERENCE

Permission is hereby granted for Ryan Lee counsel of record for Plaintiff TAMRA LAWRENCE, to continue the Status Conference scheduled for February 24, 2015 at 9:15 am to April 7, 2015 at 3:30 p.m. an additional 30 days as Defendant has not answered Plaintiffs Complaint.

IT IS SO ORDERED.

Dated:   **February 20, 2015**

_____
UNITED STATES MAGISTRATE JUDGE