# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK USA, N.A.,<br><br>    Defendant. | Case No.  1:14-cv-01692---SAB<br><br>ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE<br><br>(ECF No. 13) |

A mandatory scheduling conference is set in this action for April 7, 2015 at 3:30 p.m. in Courtroom 9 before the undersigned.  On April 1, 2015, counsel filed a request to appear telephonically at the mandatory scheduling conference.

Counsel is directed to the order setting mandatory scheduling conference issued October 29, 2014.  The order states that "[i]f one or more parties wish to appear telephonically, counsel shall contact Mamie Hernandez, Courtroom Deputy Clerk, at (559) 499−5672, sufficiently in advance of the conference so that a notation can be placed on the court calendar.  The Courtroom Clerk will provide counsel with the **toll−free teleconference number** and **teleconference code** for the call." (ECF No. 3 at 3:4-7 (emphasis in original).)

The parties are advised that specific information regarding Chamber's procedures is located on the Court's website at www.caed.uscourts.gov under Judges; Boone (SAB); Standard Information (in the area entitled "Case Management Procedures).  A formal request to appear

telephonically is not required.

Accordingly, the parties are directed to contact Mamie Hernandez at (559) 499-5672 to appear telephonically at the scheduling conference.

IT IS SO ORDERED.

Dated: __**April 2, 2015**__

UNITED STATES MAGISTRATE JUDGE