# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA LAWRENCE,<br><br>          Plaintiff,<br><br>     v.<br><br>CHASE BANK USA, N.A.,<br><br>          Defendant. | Case No.  1:14-cv-01692---SAB<br><br>ORDER APPROVING STIPULATION TO STAY ACTION<br><br>ECF NO. 13 |

On April 3, 2015, the parties in this action filed a stipulation to stay this action pending the completion of arbitration proceedings pursuant to a written arbitration agreement.  (ECF No. 14.)  The Court approves the stipulation and will stay this action.  A further status conference will take place on September 8, 2015 at 10:30 a.m. to update the Court on the status of the arbitration proceedings.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The parties' April 3, 2015 stipulation is APPROVED;

2. This action is STAYED until further order from the Court; and

3. The parties shall appear for a telephonic status conference on September 8, 2015 at 10:30 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:  __**April 6, 2015**__

UNITED STATES MAGISTRATE JUDGE

1