# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK USA, N.A.,<br><br>    Defendant. | Case No. 1:14-cv-01692---SAB<br><br>ORDER CONTINUING STATUS CONFERENCE |

On April 6, 2015, the Court approved the stipulation to stay this action pending the completion of arbitration proceedings pursuant to a written arbitration agreement. (ECF No. 16). On September 8, 2015, the Court set a status conference in this matter to occur on November 10, 2015. (ECF No. 18). On November 3, 2015, the parties filed a joint status report. (ECF No. 19). Based upon the parties' representations in the joint status report, the Court will vacate the November 10, 2015 status conference and continue it to February 22, 2016, at 9:30 a.m. to update the Court on the status of the arbitration proceedings.

Accordingly, it is HEREBY ORDERED that:

1. The November 10, 2015 status conference is VACATED;

2. The parties shall submit a joint status report no later than February 12, 2016; and

3. The parties shall appear for a telephonic status conference on February 22, 2016,

1

at 9:30 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **November 4, 2015**

UNITED STATES MAGISTRATE JUDGE