# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK USA, N.A.,<br><br>    Defendant. | Case No.  1:14-cv-01692---SAB<br><br>ORDER CONTINUING STATUS CONFERENCE |

On April 6, 2015, the Court approved the stipulation to stay this action pending the completion of arbitration proceedings pursuant to a written arbitration agreement. (ECF No. 16.) On September 8, 2015, the Court set a status conference in this matter for November 10, 2015. (ECF No. 18.)   On November 4, 2015, the Court continued the status conference in this matter to February 22, 2016.  (ECF No. 20.)  On February 12, 2016, the parties filed a joint status report.  (ECF No. 23.)   Based upon the parties' representations in the joint status report, the Court will vacate the February 22, 2016 status conference and continue it to August 29, 2016, at 9:00 a.m. to update the Court on the status of the arbitration proceedings.

Accordingly, it is HEREBY ORDERED that:

1. The February 22, 2016 status conference is VACATED;

2. The parties shall submit a joint status report no later than August 22, 2016; and

3. The parties shall appear for a telephonic status conference on August 29, 2016, at 9:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **February 16, 2016**

UNITED STATES MAGISTRATE JUDGE

2