# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA LAWRENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK U.S.A., N.A.,<br><br>　　　　Defendant. | Case No. 1:14-cv-01692---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 26) |

On June 3, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action. (ECF No. 26.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;
2. The parties shall file dispositional documents within sixty days from the date of service of this order; and

///

///

///

///

///

1

3. Within ten (10) days of the date of service of this order, the parties shall file consent/decline forms indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement. If the parties do not wish to consent they can advise the court's Courtroom Deputy, Mamie Hernandez of their decision.

IT IS SO ORDERED.

Dated:  **June 6, 2016**

UNITED STATES MAGISTRATE JUDGE