# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA LAWRENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK U.S.A., N.A.,<br><br>　　　　Defendant. | Case No. 1:14-cv-01692---SAB<br><br>ORDER RE NOTICE TO WITHDRAW NOTICE OF SETTLEMENT<br><br>ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT<br><br>(ECF No. 30) |

On April 3, 2015, the parties in this action filed a stipulation to stay this action pending the completion of arbitration proceedings pursuant to a written arbitration agreement. (ECF No. 14.) On April 6, 2015, the Court approved the parties' stipulation to stay this action. (ECF No. 16.) On June 3, 2016, Plaintiff filed a notice of settlement informing the Court that the parties had reached settlement resolving this action. (ECF No. 26.) On June 7, 2016, the Court vacated the pending matters and dates and ordered the parties to file dispositional documents within sixty days. (ECF No. 27.)

However, on July 15, 2016, Plaintiff filed a motion to withdraw the notice of settlement and reinstate the case, which the Court construes as a notice to withdraw Plaintiff's notice of settlement. (ECF No. 30.) In light of Plaintiff withdrawing the notice of settlement, the parties shall file a joint status report on the status of this action, including the status of any arbitration

1

proceedings and whether the stay should be lifted in this action, no later than July 28, 2016.

Accordingly, it is HEREBY ORDERED that the parties shall file a joint status report no later than July 28, 2016.

IT IS SO ORDERED.

Dated: __**July 18, 2016**__

UNITED STATES MAGISTRATE JUDGE