# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK U.S.A., N.A.,<br><br>    Defendant. | Case No.  1:14-cv-01692---SAB<br><br>ORDER RE NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW NOTICE OF SETTLEMENT AND REINSTATE CASE<br><br>ORDER RESETTING DEADLINE FOR DISPOSITIONAL DOCUMENTS FOR AUGUST 11, 2016<br><br>(ECF Nos. 31, 32) |

On April 3, 2015, the parties in this action filed a stipulation to stay this action pending the completion of arbitration proceedings pursuant to a written arbitration agreement.  (ECF No. 14.)  On April 6, 2015, the Court approved the parties' stipulation to stay this action.  (ECF No. 16.)  On June 3, 2016, Plaintiff filed a notice of settlement informing the Court that the parties had reached settlement resolving this action.  (ECF No. 26.)  On June 7, 2016, the Court vacated the pending matters and dates and ordered the parties to file dispositional documents within sixty days.  (ECF No. 27.)

However, on July 15, 2016, Plaintiff filed a motion to withdraw the notice of settlement and reinstate the case, which the Court construed as a notice to withdraw Plaintiff's notice of settlement.  (ECF Nos. 30, 31.)  In light of Plaintiff withdrawing the notice of settlement, on July 18, 2016, the Court ordered the parties to file a joint status report on the status of this action,

including the status of any arbitration proceedings and whether the stay should be lifted in this action, no later than July 28, 2016. (ECF No. 31.)

However, on July 19, 2016, Plaintiff filed a notice of withdrawal of the motion to withdraw notice of settlement and reinstate the case. (ECF No. 32.) Based on Plaintiff's notice of withdrawal of the motion to withdraw notice of settlement and reinstate the case, the parties shall file their dispositional documents no later than August 11, 2016, which is the deadline that was set in the June 7, 2016 order. The parties are no longer required to file a joint status report by July 28, 2016.

Accordingly, it is HEREBY ORDERED that:

1. The deadline for the parties to file dispositional documents is reset to August 11, 2016; and

2. The parties are no longer required to file a joint status report by July 28, 2016.

IT IS SO ORDERED.

Dated: __**July 21, 2016**__

UNITED STATES MAGISTRATE JUDGE