# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK U.S.A., N.A.,<br><br>    Defendant. | Case No. 1:14-cv-01692---SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 34) |

  This action was filed on October 29, 2014.  (ECF No. 1.)  On July 22, 2016, the parties filed a stipulation for dismissal with prejudice with each party to bear its own attorneys' fees and costs pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  (ECF No. 34.)

  Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared."  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it."  Commercial Space Mgmt. Co., Inc. v. Boing Co., Inc., 193 F.3d 1074, 1078 (9th Cir. 1999).

\\\

\\\

\\\

1

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **July 22, 2016**

UNITED STATES MAGISTRATE JUDGE

2